UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Melinda Abbt, § § § Plaintiff, § § versus § § City of Houston, *et al.*, § § Defendants. § | Civil Action H-19-1353 |

## Remand Order

Because the federal claims have been dismissed, and the sole remaining claim is under state law, this case is remanded to the 165th District Court in Harris County, Texas. (43)

Signed on January 21, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge